FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 24 2009

CENTRAL DISTRICT OF CALIFORNIA
BY SDM DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

ROGER GOMEZ,

    Petitioner,

v.

DEBRA DEXTER, Warden,

    Respondent.

Case No. EDCV 08-0686-AHM (MLG)

ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition with prejudice.

Dated: November 24, 2009

_____
A. Howard Matz
United States District Judge