JS-6/Enter

FILED
NOV 24 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY SDM DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROGER GOMEZ, <br> Petitioner, <br> v. <br> DEBRA DEXTER, Warden, <br> Respondent. | Case No. EDCV 08-0686-AHM (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: November 24, 2009

_____
A. Howard Matz
United States District Judge